UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRIA VELEZ,

           Plaintiff,

-v-

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. 14-CV-1953 (KMK)

ORDER ADOPTING REPORT AND RECOMMENDATION

KENNETH M. KARAS, District Judge:

      On April 19, 2016, Magistrate Judge McCarthy entered a Report & Recommendation ("R&R") recommending that this Court deny Plaintiff's Motion for Judgment on the Pleadings, and grant Defendant's Cross-Motion for Judgment on the Pleadings. (R&R 26 (Dkt. No. 18).) In the R&R, Judge McCarthy provides notice that objections to the R&R were due within 14 days, and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 26–27.) No objections have been filed.

      Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

      ORDERED that Plaintiff's Motion is denied, Defendant's Motion is granted, and the Complaint is dismissed. The Clerk of Court is respectfully requested to terminate this case.

DATED:    White Plains, New York
               June 21, 2016

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE